# Court of Appeals, State of Michigan

## ORDER

People of MI v Mohammad Masroor

Docket No.   322280; 322281; 322282

LC No.      14-000869-FC; 14-000858-FC; 14-000857-FC

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

The Court orders that the order issued December 17, 2015 convening a special panel in this matter is VACATED, a clerical error having been made in the polling conducted pursuant to MCR 7.215(J).

The Court further orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve a conflict between this case and *People of MI v Alexander Jeremy Steanhouse*, ___ Mich App ___ (Docket No. 318329, issued October 22, 2015).

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 1 8 2015
_____
Date

_____
Chief Clerk